```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                                    Civil No. 05-cv-302-SM

Waltham, MA, 99 Sheffield Rd.


## O R D E R


Counsel are advised that the court scheduled a hearing on the objections to the Magistrate Judge's Report and Recommendation in order to obtain additional information that may prove relevant in deciding the pending issues. Counsel should be prepared to address and elaborate upon the following matters:

1. The circumstances that caused the putative claimants to fail to file timely pleadings;

2. The government's expectations during September – November, 2005, regarding the likelihood that this case would be resolved as part of a consent decree in related litigation;

3. The specific sources of, and nature of, the putative claimants' expectation that this case was likely to be dismissed as part of a consent decree in related litigation;

4. When the government, and the putative claimants, learned that the proposed consent decree would not be executed and the case would not be dismissed.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

August 1, 2006

cc:  John J. Farley, Esq.
     Rodkey Craighead, Jr., Esq.